IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE REAL PROPERTY LOCATED AT 225 VALLEY ROAD, N.W., ATLANTA, FULTON COUNTY, GA 30305, *et. al* | Civil Action No.<br><br>1:15-CV-2032-LMM |

### *EX PARTE* APPLICATION FOR ARREST WARRANTS *IN REM*

Comes now, the United States of America, pursuant to the Federal Rules of Civil Procedure's Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Supplemental Rules), and applies *ex parte* for arrest warrants *in rem* pursuant to Supplemental Rules G(3)(b).

### I.   Discussion

The United States may bring a forfeiture action in rem pursuant to the Supplemental Rules "[w]henever a statute of the United States provides for a maritime action in rem or a proceeding analogous thereto." Supplemental Rule B(1).  This action arises pursuant to 18 U.S.C. § 981, which incorporates the Supplemental Rules.  See § 981(b)(2)(A); 18 U.S.C. 983(a)(4)(A).  Consequently, The Supplemental Rules supply the procedural starting point in this case. Supplemental Rule A(1)(B).

The Supplemental Rules, which require a warrant of arrest for property that is not real property, require different procedures depending on the status of the

1

property at issue. Supplemental Rule G(3)(a)-(b). Specifically, whereas no probable cause finding is needed for the Clerk of Court to issue a warrant of arrest for property already in the government's possession or control or for property subject to a restraining order, a probable cause finding is required for property that does not meet these requirements. Supplemental Rule G(3)(b).[1]

Because the following properties are personal properties that are neither in the Government's possession, custody, or control nor presently subject to a judicial restraining order, the Government now respectfully requests that the Court, after examination of the facts set forth in its Verified Complaint and Amended Complaint for Forfeiture [Docs. 1, 2] find probable cause and order the Clerk of Court to issue Warrants of Arrest in Rem for the following Defendant Properties:

1. The 2006 Cessna Citation XLS, Manufacturer's Serial Number 560-5623, bearing registration number N562VP (the Cessna);

2. The Gipps Aero Party Limited Model GA8TC-320 bearing tail number N68GA and serial number GA8-TC-320-12-187 (the Gipps Aero);

3. The Extra Flugzeugproduktions Und Model EA300/LT bearing tail number N330TY and Serial Number LT020 (the Extra);

---

[1] Similarly, Supplemental Rule C(3)(a)(1), which applies to in rem actions, provides as follows:

> The court must review the complaint and any supporting papers. If the conditions for an inn rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the . . . . property that is the subject of the action.

4. The black 2012 Mercedes Benz GL550 bearing vehicle identification number 4JGBF8GE5CA785200 and Georgia tag number PAK5506 (the Black Mercedes);

5. The silver 2012 silver Mercedes Benz SLS AMG bearing vehicle identification number WDDRJ7HA1CA008056 and Georgia tag number BXY3941(the Silver Mercedes);

6. The black 2013 Audi SS Quatro bearing vehicle identification number WAUD2AFD2DN020235 and Georgia tag number PMC8546 (the Black Audi); and

7. All right, title and interest of Sterling Currency Group, LLC; Sterling Online Processing Services, LLC; GID Associates, LLC; Alex Capital Holdings LLC; Lullwater Holdings LLC; Curtis Creek Holdings, LLC; Valley Trust; Lullwater Trust, Tyson Rhame, James Shaw, Carole Laurette Shaw, and/or Bell in the following entities:

   a. Sterling Currency Group, LLC;
   b. Sterling Online Processing Services, LLC;
   c. GID Associates, LLC;
   d. Alex Capital Holdings LLC;
   e. Lullwater Holdings LLC;
   f. Curtis Creek Holdings, LLC;
   g. Valley Trust;
   h. Lullwater Trust
   i. Springlake Trading, LLC;
   j. JS Real Estate Investments, LLC;
   k. SR Equipment Leasing, LLC;
   l. Primestone Properties LLC;
   m. Wingover Capital LLC;
   n. Northwest Capital LLC;
   o. The TAR Revocable Trust;
   p. Broadway Trader 4Z, LLC;
   q. Yards at Noda, LLC;
   r. Sherrills Ford Holdings LLC;
   s. Scotch Cove, LLC;

    t. RG Classics LLC;
    u. Isolveit.com LLC;
    v. Sterlingfunder LLC;
    w. Trinvest LLC;
    x. Sky Combat Blue LLC;
    y. TR East Point Real Estate LLC;
    z. TR Interactive Technologies LLC;
    aa. Polaris Aviation LLC;
    bb. Sky Combat Red LLC;
    cc. Cascades at Rea, LLC;
    dd. Arrowood Station Holdings LLC;
    ee. Arrowhead Station Holdings LLC;
    ff. Miracle Charters, LLC;
    gg. TR Real Estate LLC;
    hh. Whistlejacket, Inc.;
    ii. J-Brem LLC;
    jj. Therrell Farms Estates LLC;
    kk. Zonolite Holdings LLC;
    ll. Sustainability Solutions LLC;
    mm. Gvest Holdings LLC;
    nn. Gvest Partners LLC;
    oo. Gvest Capital LLC;
    pp. 200West Land DST;
    qq. Primestone FifeCo Realty Fund LLC;
    rr. Preferred Capital LLC;
    ss. Reclaim Group LLC;
    tt. Wingover Ranch, LLC;
    uu. Shaw Capital & Guaranty, LLC;
    vv. Shaw Irrevocable Trust;
    ww. Shaw Alys Beach LLC;
    xx. Trinvest Partners, LLC; and
    yy. GID Associates LLC.

Specifically, the Complaint and Amended Complaint describe the scheme and artifice to defraud, and the Exhibits thereto trace proceeds from that scheme into

receiving accounts, and from there to other accounts held in the names of the entities listed above and into the assets at issue in this case.

While the United States contends that the information set forth in the Verified Complaint and Amended Complaint establishes probable cause sufficient to support an order directing the Clerk to issue arrest warrants *in rem*, to the extent that the Court wants additional detail, that information is available in the Court's records in the following numbered actions presently maintained under seal with the Clerk of Court, courtesy copies of will be supplied to chambers:   1:15-MJ-433 to 1:15-MJ-446 (N.D. Ga.).

## II.   Conclusion

For the foregoing reasons, the United States respectfully requests that the Court direct the Clerk of Court to issue arrest warrants in rem as to the above-listed assets upon a finding of probable cause.

Respectfully submitted this 18th day of June, 2015.

        Respectfully submitted,

        JOHN HORN
          *United States Attorney*

        /s/JENNY R. TURNER
          *Assistant United States Attorney*
        Georgia Bar No. 719439
        Jenny.Turner@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE REAL PROPERTY LOCATED AT 225 VALLEY ROAD, N.W., ATLANTA, FULTON COUNTY, GA 30305, *et. al* | Civil Action No.<br><br>1:15-CV-2032-LMM |

## ORDER DIRECTING CLERK TO ISSUE WARRANTS OF ARREST *IN REM*

Having read and reviewed the United States' *Ex Parte* Application for Arrest Warrants *in Rem* and the materials referenced therein, this Court finds that probable cause exists to believe that the following properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

IT IS HEREBY ORDERED that the Clerk shall issue warrants of arrest for the following Defendant Properties:

1. The 2006 Cessna Citation XLS, Manufacturer's Serial Number 560-5623, bearing registration number N562VP;

2. The Gipps Aero Party Limited Model GA8TC-320 bearing tail number N68GA and serial number GA8-TC-320-12-187;

3. The Extra Flugzeugproduktions Und Model EA300/LT bearing tail number N330TY and Serial Number LT020;

4. The black 2012 Mercedes Benz GL550 bearing vehicle identification number 4JGBF8GE5CA785200 and Georgia tag number PAK5506;

5.  The silver 2012 silver Mercedes Benz SLS AMG bearing vehicle identification number WDDRJ7HA1CA008056 and Georgia tag number BXY3941;

6.  The black 2013 Audi SS Quatro bearing vehicle identification number WAUD2AFD2DN020235 and Georgia tag number PMC8546; and

7.  All right, title and interest of Sterling Currency Group, LLC; Sterling Online Processing Services, LLC; GID Associates, LLC; Alex Capital Holdings LLC; Lullwater Holdings LLC; Curtis Creek Holdings, LLC; Valley Trust; Lullwater Trust, Tyson Rhame, James Shaw, Carole Laurette Shaw, and/or Bell in the following entities:

   a. Sterling Currency Group, LLC;
   b. Sterling Online Processing Services, LLC;
   c. GID Associates, LLC;
   d. Alex Capital Holdings LLC;
   e. Lullwater Holdings LLC;
   f. Curtis Creek Holdings, LLC;
   g. Valley Trust;
   h. Lullwater Trust
   i. Springlake Trading, LLC;
   j. JS Real Estate Investments, LLC;
   k. SR Equipment Leasing, LLC;
   l. Primestone Properties LLC;
   m. Wingover Capital LLC;
   n. Northwest Capital LLC;
   o. The TAR Revocable Trust;
   p. Broadway Trader 4Z, LLC;
   q. Yards at Noda, LLC;
   r. Sherrills Ford Holdings LLC;
   s. Scotch Cove, LLC;
   t. RG Classics LLC;
   u. Isolveit.com LLC;
   v. Sterlingfunder LLC;
   w. Trinvest LLC;
   x. Sky Combat Blue LLC;

y. TR East Point Real Estate LLC;
z. TR Interactive Technologies LLC;
aa. Polaris Aviation LLC;
bb. Sky Combat Red LLC;
cc. Cascades at Rea, LLC;
dd. Arrowood Station Holdings LLC;
ee. Arrowhead Station Holdings LLC;
ff. Miracle Charters, LLC;
gg. TR Real Estate LLC;
hh. Whistlejacket, Inc.;
ii. J-Brem LLC;
jj. Therrell Farms Estates LLC;
kk. Zonolite Holdings LLC;
ll. Sustainability Solutions LLC;
mm. Gvest Holdings LLC;
nn. Gvest Partners LLC;
oo. Gvest Capital LLC;
pp. 200West Land DST;
qq. Primestone FifeCo Realty Fund LLC;
rr. Preferred Capital LLC;
ss. Reclaim Group LLC;
tt. Wingover Ranch, LLC;
uu. Shaw Capital & Guaranty, LLC;
vv. Shaw Irrevocable Trust;
ww. Shaw Alys Beach LLC;

    xx. Trinvest Partners, LLC; and
    yy. GID Associates LLC.


IT IS SO ORDERED, this ___ day of June, 2015.

                                            _____
                                            LEIGH MARTIN MAY
                                            UNITED STATES DISTRICT JUDGE

Prepared by:
/s/ Jenny R. Turner, Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>THE REAL PROPERTY LOCATED AT 225 VALLEY ROAD, N.W., ATLANTA, FULTON COUNTY, GA 30305, *et. al* | Civil Action No.<br><br>1:15-CV-2032-LMM |

## **CERTIFICATION**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that I have prepared the foregoing Application for Arrest Warrants in Rem using Book Antiqua, 13 point font and have filed the same, along with a Proposed Order, in the public record using the Court's electronic filing system.

/s/ Jenny R. Turner
Assistant U.S. Attorney