June 30, 2015

Peter Kem Weber, Jr.
Post Office Box 127
Nipomo, CA 93444-0127

Richard B. Russell Federal Building
2211 United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Clerk of Court:
James N. Hatten

      Re:   Civil Action No.
               1:15-CV-2032-LMM

Dear Mr. Hatten:

      In three separate transactions, July 12, 2010, November 8, 2010, and January 12, 2011, I purchased un-circulated Iraqi Dinar from GID Associates, a party in the above civil action. On or about mid-May 2015 I decided to liquidate my investment in Iraq currency and, on May 22, 2015, completed Buy Back documents from GID Associates. That same day I received confirmation of identify verification from them. In accordance with our Buy Back agreement, GID Associates shipped, via FedEx, a check made payable to me in the total amount of $6,641.00. This was the US dollar amount agreed to in exchange for the Iraq dinar currency that I returned to GID Associates a few days before. On June 2, 2015 I deposited the check into my account at a local federal credit union. On June 5, 2015, my credit union returned the check from GID Associates giving the reason that it came from a frozen/block account. I have attached a copy of the returned check as proof.

      I am not a party to the above civil action and, after speaking with a representative of Actors Federal Credit Union, the banking institution where my money was held, neither are they. Therefore, I am asking that the US District Court for the Northern District of Georgia Atlanta Division, the court of jurisdiction in this civil action, instruct Actors Federal Credit Union, to reissue a check made payable to me in the total amount of $6,641.00 and send it to me at the above address.

      Thank you for your time and consideration.

                              Best Regards,
                              Peter Kem Weber, Jr.



Peter Kem Weber, Jr.
Post Office Box 127
Nipomo, CA 93444-0127



CERTIFIED MAIL®

7014 2870 0001 6441 1626



U.S. POSTAGE
PAID
NIPOMO,CA
93444
JUN 30, 15
AMOUNT
$6.74
00115898-07



Attn. James N. Hatten, Clerk of Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

RETURN RECEIPT
REQUESTED